No. 265.   NORTH AMERICAN CO. *v.* KOERNER, JUDGE. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

804

*Frank Y. Gladney, J. C. Jones, Roland F. O'Bryen* and *Fred L. Williams* for appellant. *Claude O. Pearcy* for appellee.